**Knuckles Komosinski & Manfro** LLP

565 Taxter Road, Suite 590 | Elmsford, New York 10523
Tel (914) 345-3020 | eFax (914) 992-9154 | www.kkmllp.com

**Partners**
Mark R. Knuckles
Richard F. Komosinski
Jordan J. Manfro

**Ernest A. Yazzetti, Jr.**
*Attorney*
(914) 345-3020, ext. 364
ey@kkmllp.com

September 16, 2019

<u>**VIA ECF**</u>

Chief Judge Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

> In re: Robert Trick
> Case No: 19-10829-cgm

Dear Chief Judge Morris:

This office represents BSI Financial Services, as servicer for CAM XV TRUST, a secured creditor in the above referenced matter. Please allow this letter to serve as a Loss Mitigation Status Update.

On September 9, 2019, BSI issued a denial letter regarding Debtor's request for a loan modification. A copy of same is attached hereto.

On September 16, 2019, our office obtained additional calculations regarding the denial and provided same to Debtor's counsel via e-mail for review. A copy of said calculations are also attached.

We are currently awaiting counsel's review of the provided information to allow for any further discussions.

Should you have any questions, please do not hesitate to contact me.

> Respectfully,
> **Knuckles, Komosinski & Manfro, LLP**
>
> /s/ Ernest A. Yazzetti, Jr., Esq.
> Ernest A. Yazzetti, Jr., Esq.
> Counsel for BSI Financial Services, as servicer for CAM XV TRUST

CC:     All counsel - VIA ECF



BSI Financial Services
314 S Franklin St. / Second Floor PO Box 517
Titusville PA 16354
Toll Free: 800-327-7861
Fax: 814-217-1366
myloanweb.com/BSI

August 30, 2019

ROBERT TRICK
20 CROSSWAYS PARK DRIVE NORTH SUITE 210
WOODBURY, NY 11797

RE: Mortgage Loan #:

Dear ROBERT TRICK :

Based on the first lien loan modification application you submitted, we have determined that you do not meet the guidelines for a loan modification. The loan modification application is denied for the following reason(s):

*The calculated monthly income used was $5,667.21*

> - **Borrower has not made a payment in 10 years**
> - **Excessive Arrears**
> - **Insufficient Income**

You have 30 days from the date of this denial letter to appeal this determination and provide evidence that this determination was in error. If this denial is a result of a Net Present Value (NPV) calculation, you may make a written request to BSI for a copy of the NPV calculation. If you want to appeal the determination, please submit your appeal with your evidence of the alleged error to BSI at 1425 Greenway Dr. Suite 400 Irving, TX 75038.

However, there may be other foreclosure prevention alternatives, including but not limited to, a short sale, deed in lieu, or forbearance agreement, which may be available to you. If you have any questions or concerns, please contact me direct at 1-866-581-4514 Ext. 3741 to further discuss your options. Our office hours are Monday through Friday 8:00 a.m. - 11:00 p.m. (ET) and Saturday 8:00 a.m. - 12:00 p.m. (ET).

Sincerely,

JIMMY O. FREEMAN
Loss Mitigation Specialist

**Licensed as Servis One, Inc. dba BSI Financial Services**.

BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).Licensed as Debt Collection Agency by the New York City Department of Consumer Affairs, (#2001485-DCA).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.



BSI Financial Services
314 S Franklin St. / Second Floor PO Box 517
Titusville PA 16354
Toll Free: 800-327-7861
Fax: 814-217-1366
myloanweb.com/BSI

JFREEMAN@BSIFINANCIAL.COM

BSI Financial Services
NMLS # 38078; # 842052

This is an attempt to collect a debt.  Any information obtained will be used for that purpose.

T05_T77-12292015_CA09222015

**Licensed as Servis One, Inc. dba BSI Financial Services**.

BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).Licensed as Debt Collection Agency by the New York City Department of Consumer Affairs, (#2001485-DCA).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

# Knuckles Komosinski & Manfro LLP

565 Taxter Road, Suite 590 | Elmsford, New York 10523
Tel (914) 345-3020 | eFax (914) 992-9154 | www.kkmllp.com

**Partners**
Mark R. Knuckles
Richard F. Komosinski
Jordan J. Manfro

**Ernest A. Yazzetti, Jr., Esq.**
*Attorney*
(914) 345-3020, ext. 331
ey@kkmllp.com

September 16, 2019

**VIA E-MAIL**

Hanin R. Shadood, Esq.
Aronow Law PC
20 Crossways Park Drive N
Suite 210
Woodbury, NY 11797
Hanin.s@aronowlaw.com

In re: Robert Trick
Case No: 19-10829-cgm

Dear Ms. Shadood:

     This office represents BSI Financial Services, as servicer for CAM XV TRUST, a secured creditor, in the above-referenced matter.

     On September 9, 2019, a denial letter was sent to your office via e-mail denying the Debtor for a modification. The letter advised that the denial was for insufficient income and excessive arrears. A copy of same is enclosed. Our office has obtained additional information and calculations regarding this denial.

     This investor has a DTI ceiling of 38% for a modification. Here, Debtor's DTI is 50.78%, above the required amount. Further, the investor has advised that Debtor would need to bring taxes current in the estimated amount of $7,617.54, establish a homeowner's insurance policy, and provide funds to establish an escrow pool or the escrow payment would increase and thus raise the already excessive DTI.

     Additionally, the investor has advised that if arrears are over 20% of the UPB, then Debtor must provide funds to bring arrears below that amount. Debtor's arrears are over 180% of the UPB as of Bankruptcy filing (pre-petition arrears of $139,993.93 as of BK filing pursuant to filed Proof of Claim divided by principal balance $77,216.38 as of BK filing pursuant to filed Proof of Claim = 181.30%) and the loan is due for 04/01/2009.

**Income: $5,667.21**
- True Family Care Serviccs LLC: YTD base total: $33,467.64 / 6.61 (PTD 7/19/19) = gross monthly income of $5,060.96
- Non-obligor contribution (sibling): $520.00
- Business Robert Trick Drafting: gross receipts $345.00 / 4 months = gross monthly income $86.25 (no expenses listed on P&L)

**Calculations Summary:**
- Modified P&I Payment: $1,313.81
- Modified Escrow: $1,563.74
    o HOA: $1,101.00 (per BK schedules submitted)
    o Taxes: $362.74
    o Insurance: $100
- Modified PITI: $2,877.55
- Rate: 5.25%
- New Loan: $237,921.56
- DTI: 50.78%

Respectfully,
**Knuckles, Komosinski & Manfro, LLP**

/s/ Ernest A. Yazzetti, Jr., Esq.___
Ernest A. Yazzetti, Jr., Esq.
Counsel for BSI Financial Services, as servicer
for CAM XV TRUST