# ARONOW LAW, P.C.



*Managing Partner*
Darren Aronow † € ǔ □
_____
*Associates*
Dennis McGrath †
*Of Counsel*
Dana Aronow †

**\*7600 Jericho Turnpike, Suite 115**
**Woodbury, NY 11797**
**Tel: (516) 762-6700**
**Fax: (516) 717-3298**
*1704 Flatbush Avenue, 1ˢᵗ Floor*
*Brooklyn, NY 11210*
*Tel: (917) 654-9840*
**\*\*No Mail Received In Brooklyn\*\***

*Admitted In*:
New York†
New Jersey €
Pennsylvania □
Virginia ǔ
Massachusetts £

---

**Chambers of Chief Judge Cecelia G. Morris**                    **July 8, 2020**
**United States Bankruptcy Court**
**Southern District of New York - Manhattan**
**One Bowling Green**
**New York, NY 10004-140**

|                     |                                                        |
|---------------------|--------------------------------------------------------|
| **Re:**             | **Debtor's Letter of No Opposition, Ecf. 39**          |
| **Debtor:**         | **Robert Trick**                                       |
| **Bankruptcy:**     | **19-10829-CGM**                                        |

Dear Honorable Judge Morris:

This firm represents **Robert Trick** (hereinafter "**Mr. Trick**" or the "Debtor") in the above-referenced matter. Please allow this letter to serve as response to the Motion for Relief from Stay for property located *2600 Henry Hudson Pkwy E, Unit #4A, Bronx, NY 10463, hereinafter, "Motion." Ecf. 39*

Our office has explained to the Debtor as per what this Motion conveys as well as possible repercussions that may take place if this Motion is granted.

The Debtor has instructed our office to file a letter in response to this Motion to advise this Honorable Court that unfortunately due to COVID-19 and the current pandemic that we are facing, he does not have the ability to oppose and/or cure the issues presented in the Motion.

If this Honorable Court is in need of any further information or should the Court find that it needs further documentation, please do not hesitate to contact the undersigned at any time.

Respectfully Submitted,

*/s/ Darren Aronow*
**Darren Aronow, Esq.**
**Aronow Law, P.C.**
**Attorneys for the Debtor**
**7600 Jericho Turnpike Suite 115**
**Woodbury, NY 11797**